**FILED**

CLERK, U.S. DISTRICT COURT

5/11/2022

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ DTA _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:22-cr-00066-PA |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 2(a): Aiding and Abetting; 18 U.S.C. § 924, 21 U.S.C. § 853, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| VICTOR MANUEL CHAVARRIA, aka "Ernie," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

On or about March 30, 2022, in Orange County, within the Central District of California, defendant VICTOR MANUEL CHAVARRIA, also known as "Ernie," and others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT TWO

[18 U.S.C. §§ 922(a)(1)(A), 2(a)]

Beginning on or about March 30, 2022, and continuing through on or about April 29, 2022, in Orange County, within the Central District of California, defendant VICTOR MANUEL CHAVARRIA, also known as "Ernie," and others known and unknown to the Grand Jury, each aiding and abetting the other, not being a licensed importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, on or about the following dates:

| DATE | FIREARM(S) |
|---|---|
| March 30, 2022 | A Smith and Wesson, model M&P 15-22, .22 caliber rifle, bearing serial number JAK0804 |
| April 1, 2022 | 1. A Taurus, model 85 Protector Poly, .38 caliber revolver, bearing serial number JZ26984; and<br>2. A Harrington and Richardson Arms, model Topper 88, 12-gauge shotgun, bearing serial number AX530059 |
| April 13, 2022 | 1. An Armory USA, model AUSA, 7.62x39mm caliber pistol, bearing serial number A2513; and<br>2. A Century Arms International, model VKSA, 7.62x39mm caliber rifle, bearing serial number SV7053540 |
| April 29, 2022 | 1. A Sig Sauer, model P365, 9mm caliber handgun, bearing serial number 66A352052;<br>2. A Springfield, model XDS-9, 9mm caliber handgun, bearing serial number S3759431; and |

2

| | 3. A Mossberg, model 500, 12-gauge shotgun, bearing serial number T508143 |
|---|---|

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in Count One of this Indictment.

2.   Defendant, if so convicted, shall forfeit to the United States of America the following:

(a)   All right, title, and interest in any and all property, real or personal, constituting or derived from any proceeds which the defendant obtained, directly or indirectly, from such offense;

(b)   All right, title, and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense;

(c)   All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(d)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.   Pursuant to Title 21, United States Code, Section 853(p), defendant, if so convicted, shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located

upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

1

2

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

3    1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal

4   Procedure, notice is hereby given that the United States of America

5   will seek forfeiture as part of any sentence, pursuant to Title 18,

6   United States Code, Section 924(d)(1), and Title 28, United States

7   Code, Section 2461(c), in the event of defendant's conviction of the

8   offense set forth in Count Two of this Indictment.

9    2.    Defendant, if so convicted, shall forfeit to the United

10  States of America the following:

11         (a)   All right, title, and interest in any firearm or

12  ammunition involved in or used in such offense; and

13         (b)   To the extent such property is not available for

14  forfeiture, a sum of money equal to the total value of the property

15  described in subparagraph (a).

16   3.    Pursuant to Title 21, United States Code, Section 853(p),

17  as incorporated by Title 28, United States Code, Section 2461(c), the

18  convicted defendant shall forfeit substitute property, up to the

19  value of the property described in the preceding paragraph if, as the

20  result of any act or omission of said defendant, the property

21  described in the preceding paragraph or any portion thereof:

22  (a) cannot be located upon the exercise of due diligence; (b) has

23  been transferred, sold to, or deposited with a third party; (c) has

24  been placed beyond the jurisdiction of the court; (d) has been

25  //

26  //

27

28

6

1   substantially diminished in value; or (e) has been commingled with

2   other property that cannot be divided without difficulty.

3

4                                             A TRUE BILL

5

6                                             /s/

7                                   Foreperson

8   TRACY L. WILKISON
    United States Attorney
9

10

11  SCOTT M. GARRINGER
    Assistant United States Attorney
    Chief, Criminal Division
12

13  BENJAMIN R. BARRON
    Assistant United States Attorney
    Chief, Santa Ana Branch Office
14

15  DANIEL H. AHN
    Assistant United States Attorney
    Senior Litigation Counsel
16

17

18

19

20

21

22

23

24

25

26

27

28